IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIFFORDS,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>  Defendant. | Civil Action No. 19-1192 (EGS) |

## *JOINT* PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's October 21, 2019 Minute Order, the parties respectfully propose the following briefing schedule for dispositive motions:

- December 6, 2019: Deadline for Defendant to re-file its motion to dismiss or in the alternative for summary judgment

- December 20, 2019: Deadline for Plaintiff to file its combined opposition to Defendant's motion and cross-motion for summary judgment

- January 10, 2020: Deadline for Defendant to file its combined reply in support of its motion and opposition to Plaintiff's cross-motion for summary judgment

- January 17, 2020: Deadline for Plaintiff to file its reply in support of its cross-motion for summary judgment

Plaintiff does not seek leave to conduct further discovery.

Respectfully submitted,

/s/ Adav Noti
ADAV NOTI (DC Bar No. 490714)
MARK P. GABER (DC Bar No. 988077)
MOLLY E. DANAHY (DC Bar No. 1643411)
Campaign Legal Center Action
1101 14th Street NW, Suite 400
Washington, DC 20005
(202) 736-2200
anoti@campaignlegal.org
mgaber@campaignlegal.org
mdanahy@campaignlegal.org

J. ADAM SKAGGS*
DAVID PUCINO*
Giffords Law Center to
Prevent Gun Violence
223 West 38th St. #90
New York, NY 10018
(917) 680-3473
askaggs@giffords.org
dpucino@giffords.org

* Admitted *Pro Hac Vice*

COUNSEL FOR PLAINTIFF


Lisa J. Stevenson (D.C. Bar No. 457628)
Acting General Counsel
lstevenson@fec.gov

Kevin Deeley
Associate General Counsel
kdeeley@fec.gov

*/s/ Harry J. Summers*
Harry J. Summers
Assistant General Counsel
hsummers@fec.gov

Benjamin A. Streeter III
Attorney
bstreeter@fec.gov

COUNSEL FOR DEFENDANT
FEDERAL ELECTION COMMISSION
1050 First Street, N.E.
Washington, DC 20463
(202) 694-1650


Dated:  November 19, 2019