IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIFFORDS,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>Defendant. | Civil Action No. 1:19-cv-1192 (EGS) |

**PLAINTIFF'S *UNOPPOSED* MOTION TO ENLARGE THE TIME TO FILE A REDACTED VERSION OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

Plaintiff has today filed, as attachments to a Motion to Seal, its Cross-Motion for Summary Judgment and Opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment, along with accompanying deposition transcripts and exhibits. To the extent the Court grants Plaintiff's Motion to Seal, Plaintiff respectfully requests an enlargement of time, from the regular five-day period, to file the redacted version of its sealed filing. The determination of which portions of the deposition transcripts require redactions pursuant to the Protective Order requires coordination and consultation between Plaintiff and Defendant. Because of the length of the transcripts compared to previous filings in this case and the upcoming holiday, Plaintiff respectfully requests an enlargement of time until **January 8, 2020** to file the redacted version of its motion and exhibits.

Counsel for Defendant consents to this motion.

December 20, 2019

J. ADAM SKAGGS*
DAVID PUCINO*
Giffords Law Center to
Prevent Gun Violence
223 West 38th St. #90
New York, NY 10018
(917) 680-3473
askaggs@giffords.org
dpucino@giffords.org
* Admitted *Pro Hac Vice*

Respectfully submitted,

/s/ Adav Noti
ADAV NOTI (DC Bar No. 490714)
MARK P. GABER (DC Bar No. 988077)
MOLLY E. DANAHY (DC Bar No. 1643411)
Campaign Legal Center Action
1101 14th Street NW, Suite 400
Washington, DC 20005
(202) 736-2200
anoti@campaignlegal.org
mgaber@campainglegal.org
mdanahy@campaignlegal.org