**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| GIFFORDS, | ) | |
| Plaintiff, | ) ) ) | Civ. No. 19-1192 (EGS) |
| v. | ) ) | |
| FEDERAL ELECTION COMMISSION, | ) ) | MOTION TO ENLARGE TIME |
| Defendant. | ) ) ) | |

**FEDERAL ELECTION COMMISSION'S UNOPPOSED MOTION
TO ENLARGE THE TIME TO FILE A REDACTED VERSION OF ITS REPLY IN
SUPPORT OF ITS MOTION TO DISMISS, OR
IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT AND OPPOSITION TO
PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

The Federal Election Commission ("Commission" or "FEC") has filed today, as attachments to a Motion to Seal, its Reply in Support of its Motion to Dismiss, or in the Alternative, for Summary Judgment and Opposition to Plaintiff's Cross-Motion for Summary Judgment, along with accompanying exhibits. If the Court grants the Commission's Motion to Seal, the FEC respectfully requests an enlargement of time, from the regular five-day period, to file the redacted versions of today's sealed filing. The determination of redactions pursuant to the Protective Order in this case requires additional consideration, particularly in light of the redactions needed to deposition testimony, and additional time will assist in that process. The FEC respectfully requests an enlargement of time until January 24, 2019 to file the redacted version of its sealed filing and exhibits. Counsel for plaintiff consents to this motion.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Lisa J. Stevenson (D.C. Bar No. 457628)<br>Acting General Counsel<br>lstevenson@fec.gov | Harry J. Summers<br>Assistant General Counsel<br>hsummers@fec.gov |
| Kevin Deeley<br>Associate General Counsel<br>kdeeley@fec.gov | /s/ Seth Nesin<br>Seth Nesin<br>Attorney<br>snesin@fec.gov |
| January 10, 2020 | FEDERAL ELECTION COMMISSION<br>1050 First Street NE<br>Washington, DC  20463<br>(202) 694-1650 |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GIFFORDS, ) | |
| ) | |
| Plaintiff, ) | Civ. No. 19-1192 (EGS) |
| ) | |
| v. ) | |
| ) | |
| FEDERAL ELECTION COMMISSION, ) | PROPOSED ORDER |
| ) | |
| Defendant. ) | |
| ) | |

**[PROPOSED] ORDER**

Upon consideration of defendant Federal Election Commission's Unopposed Motion to Enlarge the Time to File a Redacted Version of its Reply in Support of its Motion to Dismiss, or in the Alternative, for Summary Judgment and Opposition to Plaintiff's Cross-Motion for Summary Judgment, it is hereby ORDERED that the Federal Election Commission's Motion is GRANTED, and Federal Election Commission has until January 24, 2019 to file a redacted version.

Dated: _____, 2020

_____
The Honorable Emmet G. Sullivan
United States District Judge