UNDER SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIFFORDS,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>  Defendant. | Civil Action No. 1:19-cv-1192 (EGS)<br><br>**FILED UNDER SEAL** |

**PLAINTIFF'S UNOPPOSED MOTION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 5.1(h), Plaintiff Giffords respectfully requests leave to file under seal the attached Reply in Support of Cross-Motion for Summary Judgment and the accompanying exhibits. The motion and attached exhibits contain information derived from sealed information filed by the FEC, and discovery subject to the protective order in this case (Doc. 16). Plaintiff will file redacted versions of its motion and accompanying exhibits. Pursuant to LCvR 7(m), Plaintiff has consulted with counsel for Defendant, who does not oppose this motion.

**UNDER SEAL**

Respectfully submitted,

/s/ Adav Noti
ADAV NOTI (DC Bar No. 490714)
MARK P. GABER (DC Bar No. 988077)
MOLLY E. DANAHY (DC Bar No. 1643411)
Campaign Legal Center Action
1101 14th Street NW, Suite 400
Washington, DC 20005
(202) 736-2200
anoti@campaignlegal.org
mgaber@campainglegal.org
mdanahy@campaignlegal.org

J. ADAM SKAGGS*
DAVID PUCINO*
Giffords Law Center to
Prevent Gun Violence
223 West 38th St. #90
New York, NY 10018
(917) 680-3473
askaggs@giffords.org
dpucino@giffords.org
* Admitted *Pro Hac Vice*

*Counsel for Plaintiff*
Dated:  January 17, 2020

**UNDER SEAL**

## CERTIFICATE OF SERVICE

I, Adav Noti, counsel of record for the Plaintiff, hereby certify that I caused a copy of the foregoing to be filed under seal with the Clerk of the Court via its ECF system this 17th day of January, 2020. I also certify that I caused to be served a copy of the unredacted version of this motion and its attachments on counsel for the Defendant via electronic mail delivery on this date, pursuant to Defendant's consent to such service.

/s/ Adav Noti
Adav Noti