IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIFFORDS,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>    Defendant. | Civil Action No. 1:19-cv-1192 (EGS) |

**PLAINTIFF'S NOTICE REGARDING THE FEDERAL ELECTION COMMISSION'S QUORUM**

Plaintiff Campaign Legal Center ("CLC") hereby submits this notice regarding the Federal Election Commission's ("FEC") quorum:

1.  It has been over two years since Plaintiff Giffords filed a series of administrative complaints with the FEC demonstrating that the National Rifle Association (NRA) and its affiliated organizations violated the Federal Election Campaign Act (FECA) by illegally coordinating expenditures with candidates for federal office, thereby making millions of dollars of illegal, unreported, and excessive in-kind contributions, including up to $25 million in illegal contributions to the campaign of former President Donald J. Trump. ECF 1 ¶¶ 1-5. Plaintiff Giffords filed the instant action on April 24, 2019, alleging that the Federal Election Commission had unlawfully failed to act on Plaintiff's administrative complaint. ECF 1. The parties' cross-motions for summary judgment have been fully briefed and are currently pending before the court. ECF 57.

2.  During the pendency of this litigation, the FEC lost a quorum of its Commissioners. *See* ECF 50 at 11-12. The FEC regained its quorum on June 5, 2020, and lost it again on July 3,

2020. *See* FEC's Response to Order to Show Cause at 2-3, ECF No. 19, *Campaign Legal Center v. FEC*, No. 1:20-cv-00588-BAH (D.D.C. filed on July 20, 2020) (noting that Commissioner James E. Trainor had been sworn into office as of June 5, 2020, restoring the FEC's quorum); FEC Press Release, Caroline C. Hunter to Depart Federal Election Commission (June 26, 2020), https://www.fec.gov/updates/caroline-c-hunter-depart-federalelection-commission/ (announcing then-Commissioner Caroline Hunter's resignation, effective July 3, 2020).

3. In a press release dated December 18, 2020, the FEC announced the full restoration of the agency's quorum with the swearing in of three new Commissioners. *See* Press Release, FEC, Shana Broussard, Sean Cooksey, Allen Dickerson Sworn in as Commissioners (Dec. 18, 2020), https://www.fec.gov/updates/shana-broussard-sean-cooksey-allen-dickerson-sworn-commissioners/.

4. The FEC has now had a quorum of Commissioners for more than a month, during which time it has held at least three Executive Session meetings where the agency discusses pending enforcement actions and litigation, among other confidential matters. *See* FEC, Commission Meetings, https://www.fec.gov/meetings/?tab=executive-sessions (listing FEC Executive Session meetings on January 12, 14, and 26, 2021).

5. The FEC has not notified Plaintiff of any action with respect to the underlying administrative complaints since the conclusion of summary judgment briefing in this case.

Dated: February 2, 2021

J. ADAM SKAGGS*
DAVID PUCINO*
Giffords Law Center to
Prevent Gun Violence
223 West 38th St. #90
New York, NY 10018
(917) 680-3473
askaggs@giffords.org
dpucino@giffords.org

*Admitted *Pro Hac Vice*

Respectfully submitted,

/s/ Adav Noti
ADAV NOTI (DC Bar No. 490714)
MARK P. GABER (DC Bar No. 988077)
MOLLY E. DANAHY (DC Bar No. 1643411)
Campaign Legal Center Action
1101 14th Street NW, Suite 400
Washington, DC 20005
(202) 736-2200
anoti@campaignlegal.org
mgaber@campaignlegal.org
mdanahy@campaignlegal.org

*Counsel for Plaintiff*