**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GIFFORDS, ) | |
| ) | |
| Plaintiff, ) | Civ. No. 19-1192 (EGS) |
| ) | |
| v. ) | |
| ) | |
| FEDERAL ELECTION COMMISSION, ) | PROPOSED ORDER |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Upon consideration of defendant Federal Election Commission's Unopposed Motion to File Under Seal Its Second Notice of Subsequent Developments, it is hereby ORDERED that the Federal Election Commission's Motion to File Under Seal is GRANTED, and the Clerk of the Court is directed to file the accompanying Notice under seal during the pendency of this case or until further order.

Dated: _____, 2021

_____
The Honorable Emmet G. Sullivan
United States District Judge