UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIFFORDS, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL ELECTION COMMISSION, <br><br> Defendant. | Civ. No. 19-1192 (EGS) <br><br><br> NOTICE OF WITHDRAWAL |

### DEFENDANT FEDERAL ELECTION COMMISSION'S
### NOTICE OF WITHDRAWAL OF SETH NESIN AS COUNSEL

Pursuant to Local Civil Rule 83.6(b), please take notice of Seth Nesin's withdrawal as counsel for defendant Federal Election Commission ("FEC") in this case, due to his upcoming departure from the FEC. Other attorneys for the FEC have entered appearances in this action and will continue to represent the FEC.

Respectfully submitted,

Lisa J. Stevenson (D.C. Bar No. 457628)
Acting General Counsel
lstevenson@fec.gov

Kevin Deeley
Associate General Counsel
kdeeley@fec.gov

Harry J. Summers
Assistant General Counsel
hsummers@fec.gov

/s/ Seth Nesin
Seth Nesin
Attorney
snesin@fec.gov

COUNSEL FOR DEFENDANT
FEDERAL ELECTION COMMISSION
1050 First Street NE
Washington, DC 20463
(202) 694-1650

August 17, 2021