UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIFFORDS,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>        Defendant. | Civ. Action No. 19-1192 (EGS) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment, ECF No. 42, is **DENIED**; and it is further

**ORDERED** that Plaintiff's Cross-Motion for Summary Judgment, ECF No. 48, is **GRANTED**; and it is further

**ORDERED** that, pursuant to 52 U.S.C. § 30109(a)(8)(C), Defendant conform to this Order within 30 days of the entry of this Order by making the reason-to-believe determination set forth in 52 U.S.C. § 30109(a)(2).

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**            United States District Judge**
**            September 30, 2021**