IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIFFORDS,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>    Defendant. | Civil Action No. 1:19-cv-1192 (EGS) |

**PLAINTIFF'S MOTION FOR STATUS HEARING**

On September 30, 2021, this Court granted Plaintiff's cross-motion for summary judgment and ordered the FEC to conform "within 30 days by making the reason to believe determination set forth in 52 U.S.C. § 30109(a)(2)." Order, ECF 71. Accordingly, Plaintiff respectfully moves that the Court hold a status conference on November 1, 2021 (the business day after the FEC's time to conform expires), or on the next subsequent day convenient for the Court. At the status conference, the parties would discuss with the Court the need for and timing of any additional proceedings, depending on whether the FEC has complied with the Court's order. Plaintiff faces substantial prejudice should the FEC attempt to run out the clock on agency enforcement. *See*, *e.g.*, Pl's Mot. to Expedite, ECF 69. A status conference will minimize such prejudice by ensuring that the Court and Plaintiff are informed promptly of the FEC's actions, if any, in response to the Court's Order, so that Plaintiff can move quickly to preserve its own rights under FECA. *See* 52 U.S.C. § 30109(a)(8)(C) (noting plaintiff's right to a remedy if the FEC fails to conform to the court's order); *see also*, *e.g.*, Order, ECF 24, *Campaign Legal Center v. Federal Election Commission*, 1:20-cv-01778-RCL.

1

Pursuant to LCvR 7(m), Plaintiff has consulted with counsel for the FEC, who stated they "were unable to provide [the FEC's] position at this time," but "will follow up with [plaintiff's counsel] at a later date if circumstances permit."

| | |
|---|---|
| Dated: October 08, 2021 | Respectfully submitted, |
| | |
| J. ADAM SKAGGS* | /s/ Adav Noti |
| DAVID PUCINO* | ADAV NOTI (DC Bar No. 490714) |
| Giffords Law Center to | MARK P. GABER (DC Bar No. 988077) |
| Prevent Gun Violence | MOLLY E. DANAHY (DC Bar No. 1643411) |
| 223 West 38th St. #90 | Campaign Legal Center Action |
| New York, NY 10018 | 1101 14th Street NW, Suite 400 |
| (917) 680-3473 | Washington, DC 20005 |
| askaggs@giffords.org | (202) 736-2200 |
| dpucino@giffords.org | anoti@campaignlegal.org |
| | mgaber@campaignlegal.org |
| *Admitted *Pro Hac Vice* | mdanahy@campaignlegal.org |

*Counsel for Plaintiff*