# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIFFORDS, ) | |
| ) | |
| Plaintiff, ) | Civ. No. 19-1192 (EGS) |
| ) | |
| v. ) | |
| ) | |
| FEDERAL ELECTION COMMISSION, ) | JOINT MOTION TO FILE |
| ) | UNDER SEAL |
| Defendant. ) | |

## JOINT MOTION FOR LEAVE TO FILE A
## JOINT STATEMENT UNDER SEAL

Pursuant to Local Civil Rule 5.1(h)(1), the parties respectfully move to file under seal their Joint Statement pertaining to the Court's September 30, 2021 Minute Order instructing the parties to confer and to propose redactions to the Court's September 30, 2021 Memorandum Opinion, which the Court stated "contains information from Highly Sensitive Documents." Sept. 30, 2021 Minute Order.

The Joint Statement is being filed under seal pursuant to this district's Standing Order 21-3 (Order on Highly Sensitive Documents) and to implement the terms of this Court's June 21, 2019 Protective Order, which requires the filing under seal of information relating to four administrative enforcement complaints that plaintiff Giffords alleges were filed with defendant Federal Election Commission, information that may not be made public without the written consent of respondents in such matters under the Federal Election Campaign Act, 52 U.S.C. § 30109(a)(12). (*See* Min. Order, June 21, 2019; FEC's Unopposed Mot. for Protective Order (June 20, 2019) (Docket No. 16); Proposed Protective Order ¶¶ 2, 6 (Docket No. 16-1).) A proposed Order is attached.

Respectfully submitted,

| | |
|---|---|
| Lisa J. Stevenson (D.C. Bar No. 457628)<br>Acting General Counsel<br>lstevenson@fec.gov | */s/ Molly E. Danahy*<br>Molly E. Danahy<br>mdanahy@campaignlegal.org |
| Kevin Deeley<br>Associate General Counsel<br>kdeeley@fec.gov | Adav Noti (DC Bar No. 490714)<br>anoti@campaignlegal.org |
| */s/ Harry J. Summers*<br>Harry J. Summers<br>Assistant General Counsel | Mark P. Gaber (DC Bar No. 988077)<br>mgaber@campainglegal.org |
| FEDERAL ELECTION COMMISSION<br>1050 First Street NE<br>Washington, DC 20463<br>(202) 694-1650<br>hsummers@fec.gov | CAMPAIGN LEGAL CENTER ACTION<br>1101 14th Street NW, Suite 400<br>Washington, DC 20005<br>(202) 736-2200 |

October 8, 2021