IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIFFORDS,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>    Defendant. | Civil Action No. 1:19-cv-1192 (EGS) |

**PLAINTIFF'S RESPONSE TO NOVEMBER 1, 2021 MINUTE ORDER**

On November 1, 2021, this Court ordered the parties "to show cause by no later than November 15, 2021 why the Court should not issue a Final Judgment." Minute Order, Nov, 1, 2021. Plaintiff hereby notifies the Court that it has no objection to the entry of final judgment in this matter.

Dated: November 15, 2021

Respectfully submitted,

| | |
|---|---|
| J. ADAM SKAGGS* | /s/ Adav Noti |
| DAVID PUCINO* | ADAV NOTI (DC Bar No. 490714) |
| Giffords Law Center to | MARK P. GABER (DC Bar No. 988077) |
| Prevent Gun Violence | MOLLY E. DANAHY (DC Bar No. 1643411) |
| 223 West 38th St. #90 | Campaign Legal Center Action |
| New York, NY 10018 | 1101 14th Street NW, Suite 400 |
| (917) 680-3473 | Washington, DC 20005 |
| askaggs@giffords.org | (202) 736-2200 |
| dpucino@giffords.org | anoti@campaignlegal.org |
| | mgaber@campaignlegal.org |
| *Admitted *Pro Hac Vice* | mdanahy@campaignlegal.org |

*Counsel for Plaintiff*