UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GIFFORDS,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>    Defendant. | Civ. Action No. 19-1192 (EGS) |

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated in the accompanying Memorandum Opinion and Order, it is hereby

**ORDERED** that the Clerk shall enter final judgment in favor of Plaintiff Giffords.

**SO ORDERED.**

**Signed: Emmet G. Sullivan**
**    United States District Judge**
**    November 17, 2021**