AO 450 (Rev 01/09, DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**

NOV 18 2021

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

|  |  |
|---|---|
| GIFFORDS <br> *Plaintiff* <br> v. <br> FEDERAL ELECTION COMMISSION <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 19-1192 (EGS) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: ORDERED that the Clerk shall enter final judgment in favor of Plaintiff Giffords.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge EMMET G. SULLIVAN _____ on a motion for

Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment and Plaintiff's Cross-Motion for Summary Judgment.

Date: 11/18/2021

ANGELA D. CAESAR, CLERK OF COURT

*[signature]*

*Signature of Clerk or Deputy Clerk*